UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY EDWARD KRUEGER,<br><br>                Petitioner,<br><br>    vs.<br><br>MAGGIE MILLER-STOUT,<br><br>                Respondent. | NO.  CV-06-281-EFS<br><br>**ORDER DISMISSING FIRST AMENDED PETITION** |

    By Order filed March 8, 2007, the court advised Petitioner of the deficiencies of his initial and First Amended Petitions, and directed him to file a Second Amended Petition within sixty (60) days. Petitioner is a *pro se* prisoner at the Airway Heights Correction Center; Respondent has not been served.  Petitioner did not comply with the Court's directive and has filed nothing further in this action.

    Specifically, Petitioner had failed to allege any facts from which the Court could infer a constitutional violation.  Consequently, he was not entitled to the relief he sought. *See* Rule 4, Rules Governing Section 2254 Cases in the United States District Courts.  Accordingly, for the reasons set forth in the Court's previous Order, **IT IS ORDERED** the First Amended Petition is **DISMISSED without prejudice**.

ORDER DISMISSING FIRST AMENDED PETITION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward copies to Petitioner and close the file.

**DATED** this      23rd      day of May 2007.


                         S/ Edward F. Shea
                         EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE


Q:\Civil\2006\6cv281efs-5-23-dishc.wpd

ORDER DISMISSING FIRST AMENDED PETITION -- 2